UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-10-2D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RUFUS KENNETH WILLIAMS | ORDER |

This matter came before the Court, upon motion filed by the Office of the Federal Public Defender seeking a modification to Defendant's supervised release conditions. The United States, through counsel, and the Supervising United States Probation Officer do not oppose the motion.

The Court concludes that the motion should be allowed.

THEREFORE, it is hereby ordered that the supervised release conditions be modified such that the defendant serve an additional period of six months home incarceration in lieu of six months of intermittent confinement.

SO ORDERED.

This _19_ day of November, 2020.

JAMES C. DEVER III
United States District Judge