UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-10-2D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| RUFUS KENNETH WILLIAMS | |

This matter came before the Court, upon motion filed by the Office of the Federal Public Defender seeking a modification and correction of the previously signed proposed order. The United States, through counsel, and the Supervising United States Probation Officer do not oppose the motion.

The Court concludes that the motion should be allowed.

THEREFORE, it is hereby ordered that the terms of Mr. Williams supervision be modified such that he serve a period of six (6) months "home detention" in lieu of six months of "home incarceration."

SO ORDERED.

This __11__ day of February, 2021.

JAMES C. DEVER III
United States District Judge